**NONPRECEDENTIAL DISPOSITION**
To be cited only in accordance with
Fed. R. App. P. 32.1

# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

Submitted November 22, 2011[*]
Decided November 23, 2011

**Before**

RICHARD A. POSNER, *Circuit Judge*

ILANA DIAMOND ROVNER, *Circuit Judge*

DAVID F. HAMILTON, *Circuit Judge*

No. 11-1585

| | |
|---|---|
| AIRRION BLAKE-BEY, et al., *Plaintiffs-Appellants,* | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division. |
| *v.* | No. 10 C 5246 |
| COOK COUNTY, ILLINOIS, *Defendant-Appellee.* | Samuel Der-Yeghiayan, *Judge.* |

**O R D E R**

Airrion Blake-Bey, Airrion Blake-Bey II, Anita Blake-Bey, and Lovie Hunter-El are adherents of the Moorish Science Temple of America and were born in Cook County, Illinois. In this pro se lawsuit, they claim that the county has enslaved them by creating birth certificates which falsely imply they are Americans rather than citizens of a Moroccan

---

[*]After examining the briefs and record, we have concluded that oral argument is unnecessary. Thus, the appeal is submitted on the briefs and record. *See* FED. R. APP. P. 34(a)(2)(c).

Empire that spans the Western Hemisphere, Africa, and the mythical Atlantis. The plaintiffs demand varied relief, including $5 billion. The district court dismissed their complaint, and rightly so because the suit is too frivolous to have invoked the court's subject-matter jurisdiction. *See Hagans v. Lavine*, 415 U.S. 528, 536 (1974); *In re African-American Slave Descendants Lit.*, 471 F.3d 754, 757 (7th Cir. 2006); *Crowley Cutlery Co. v. United States*, 849 F.2d 273, 276 (7th Cir. 1988).

**AFFIRMED**.